William A. Delgado (SBN 22666)
williamdelgado@willenken.com
WILLENKEN WILSON LOH & LIEB LLP
707 Wilshire Blvd., Suite 3850
Los Angeles, CA 90017
T: 213-955-9240
F: 213-955-9250

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPARKNET HOLDINGS, INC., et al.<br><br>v.<br><br>ROBERT PERRY, et al.<br><br>Plaintiff(s)<br>Defendant(s). | CASE NUMBER<br><br>CV08-8510-GHK<br><br>REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

Sparknet Holdings, Inc. and Sparknet Comms, L.P.    ☑ Plaintiff    ☐ Defendant    ☐ Other _____
           Name of Party

hereby request the Court approve the substitution of  William A. Delgado
                                                                            New Attorney
as attorney of record in place and stead of  Derek Newman
                                                                      Present Attorney

Dated  July 25, 2009                    _____
                                                         Signature of Party/Authorized Representative of Party

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated  July 25, 2009                    _____
                                                         Signature of Present Attorney

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated  July 26, 2009                    _____
                                                         Signature of New Attorney
                                                         222666
                                                         State Bar Number

If party requesting to appear Pro Se:

Dated _____           _____
                                                         Signature of Requesting Party

NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.

G-01 (03/06)                    REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY