| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | William A. Delgado (Bar No. 222666)<br>wdelgado@willenken.com<br>WILLENKEN WILSON LOH & LIEB LLP<br>707 Wilshire Blvd., Suite 3850<br>Los Angeles, CA 90017<br>Tel: (213) 955-9240<br>Fax: (213) 955-9250<br><br>Attorneys for Plaintiff<br>SPARKNET HOLDINGS, INC. and<br>SPARKNET COMMUNICATIONS L.P. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPARKNET HOLDINGS, INC., a Nevada corporation, SPARKNET COMMUNICATIONS, L.P., a Nevada partnership,<br><br>          Plaintiffs,<br><br>v.<br><br>ROBERT PERRY, an individual, KRIS SWEETON, an individual, INDIE RANCH MEDIA, INC., a Colorado corporation, NETMIX BROADCASTING NETWORK, INC., an unknown entity, and JOHN DOES 1-5;<br><br>          Defendants. | Case No.: CV 08-08510 GHK (PLAx)<br><br>NOTICE OF LODGING OF [PROPOSED] ORDER (G-01) GRANTING SUBSTITUTION OF COUNSEL |

-1-
NOTICE OF LODGING OF [PROPOSED] ORDER ON SUBSTITUTION OF COUNSEL

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

    PLEASE TAKE NOTICE that Plaintiffs SparkNet Holdings, Inc. and SparkNet Communications, L.P hereby lodge their Proposed Order (G-01) on the Substitution of Counsel filed by Plaintiffs. A copy of the proposed order is attached hereto.

DATED: June 30, 2009        WILLENKEN WILSON LOH & LIEB LLP

By: */s William A. Delgado* .
    William A. Delgado
    Attorneys for Plaintiff
    SparkNet Holdings, Inc. and
    SparkNet Communications, L.P.

1

## CERTIFICATE OF SERVICE

2

3  I hereby certify that I electronically filed the foregoing with the Clerk of the

4  Court using the CM/ECF system which will send notification of such filing to the

5  Electronic Service List for this Case.

6  Respectfully submitted this 30th day of June 2009.

7
    WILLENKEN WILSON LOH & LIEB LLP
8

9

10  By: */s William A. Delgado*                              .
        William A. Delgado
11      Attorneys for Plaintiff
        SparkNet Holdings, Inc. and
12      SparkNet Communications, L.P.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28