William A. Delgado (SBN 222666)
wdelgado@willenken.com
WILLENKEN WILSON LOH & LIEB LLP
707 Wilshire Blvd., Suite 3850
Los Angeles, CA 90017
T: 213-955-9240
F: 213-955-9250

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPARKNET HOLDINGS, INC., et al., | CASE NUMBER: |
| Plaintiff(s) | 08-CV-8510-GHK |
| v. | **ORDER ON**<br>**REQUEST FOR APPROVAL OF**<br>**SUBSTITUTION OF ATTORNEY** |
| ROBERT PERRY, et al. | |
| Defendant(s). | |

The Court hereby orders that the request of:

SparkNet Holdings, Inc. and SparkNet Communications, L.P.,  ■ Plaintiff ʗ Defendant ʗ Other _____
     *Name of Party*

to substitute _____ William A. Delgado of Willenken Wilson Loh & Lieb LLP _____

     ■ Retained Counsel     ʗ Counsel appointed by the Court (Criminal cases only)ʗ Pro Se

707 Wilshire Blvd., Suite 3850
_____
     *Street Address*

Los Angeles, California 90017                          wdelgado@willenken.com
     *City, State, Zip*                                     *E-Mail Address*

213-955-9240                213-955-9250                CA Bar No. 222666
*Telephone Number*               *Fax Number*                 *State Bar Number*

as attorney of record in place and stead of _____ Derek Newman _____
                                          *Present Attorney*

**is hereby     ʗ GRANTED ʗ DENIED**


Dated _____        _____
                                     U. S. District Judge/U.S. Magistrate Judge

**NOTICE TO COUNSEL: IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT=S WEBSITE AT WWW.CACD.USCOURTS.GOV.**