E-Filed

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 08-8510 GHK (PLAx) | Date | July 1, 2009 |
| Title | *Sparknet Holdings, Inc., v. Robert Perry, et al* | | |

| Presiding: The Honorable | GEORGE H. KING, U. S. DISTRICT JUDGE |
|---|---|

| Beatrice Herrera | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     **(IN CHAMBERS)   ORDER**

     In light of the Court's order of June 16, 2009, granting defendant's motion to disqualify counsel for plaintiff.  The scheduling conference of July 6, 2009 is hereby TAKEN OFF CALENDAR and the hearing date is VACATED pending further order of the court.  Once plaintiff has retained new counsel, the above scheduling conference will be reset and counsel will be notified.

     **IT IS SO ORDERED.**

|  | -- | : | -- |
|---|---|---|---|
|  | Initials of Preparer | | Bea |