William A. Delgado (SBN 222666)
wdelgado@willenken.com
WILLENKEN WILSON LOH & LIEB LLP
707 Wilshire Blvd., Suite 3850
Los Angeles, CA 90017
T: 213-955-9240
F: 213-955-9250

E-Filed: **7/8/09**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

SPARKNET HOLDINGS, INC., et al.,

Plaintiff(s)

v.

ROBERT PERRY, et al.

Defendant(s).

CASE NUMBER:

08-CV-8510-GHK

**ORDER ON
REQUEST FOR APPROVAL OF
SUBSTITUTION OF ATTORNEY**

The Court hereby orders that the request of:

SparkNet Holdings, Inc. and SparkNet Communications, L.P.,  ■ Plaintiff ☐ Defendant ☐ Other
*Name of Party*

to substitute        William A. Delgado of Willenken Wilson Loh & Lieb LLP

■ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

707 Wilshire Blvd., Suite 3850
*Street Address*

Los Angeles, California 90017                          wdelgado@willenken.com
*City, State, Zip*                                     *E-Mail Address*

213-955-9240              213-955-9250                 CA Bar No. 222666
*Telephone Number*        *Fax Number*                 *State Bar Number*

as attorney of record in place and stead of         Derek Newman
*Present Attorney*

**is hereby**   √ **GRANTED**    ☐ **DENIED**

Dated    7/8/09

U. S. District Judge/U.S. Magistrate Judge

**NOTICE TO COUNSEL:** IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.