UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPARKNET HOLDINGS, INC., a Nevada corporation, SPARKNET COMMUNICATIONS, L.P., a Nevada partnership,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT PERRY, an individual, KRIS SWEETON, an individual, INDIE RANCH MEDIA, INC., a Colorado corporation, NETMIX BROADCASTING NETWORK, INC., an unknown entity, and JOHN DOES 1-5;<br><br>Defendants. | Case No.: CV 08-08510 GHK (PLAx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS'** ***EX PARTE*** **APPLICATION FOR SHORTENING OF MEET AND CONFER PERIOD FOR MOTION FOR RECONSIDERATION** |

Plaintiffs SparkNet Holdings, Inc. and SparkNet Communications, L.P.'s *Ex Parte* Application for Shortening of Meet and Confer Period for Motion for Reconsideration was submitted to this Court on July 10, 2009. After consideration of the moving and opposition papers and all other matters presented to the Court and good cause appearing therefore:

IT IS HEREBY ORDERED THAT:

The meet and confer period in Local Rule 7-3 shall be reduced from 20 days to _____ days. Counsel shall adhere to the following briefing and hearing schedule:

- Plaintiffs shall file their Motion for Reconsideration, or, in the Alternative for Certification by _____. Plaintiffs shall serve Defendants by facsimile or electronic mail.
- Defendants shall file their memorandums in opposition, if any, by _____. Defendants shall serve Plaintiffs by facsimile or electronic mail.
- Plaintiffs shall file their memorandums in reply, if any, by _____. Plaintiffs shall serve Defendants by facsimile or electronic mail.
- The hearing on this matter shall be set for _____ at _____.

Dated: _____        _____

Honorable George H. King
United States District Judge

Respectfully Submitted:

By: */s William A. Delgado*                       .
    William A. Delgado
    Attorneys for Plaintiff
    SparkNet Holdings, Inc. and
    SparkNet Communications, L.P.

# CERTIFICATE OF SERVICE

I hereby certify that I electronically lodged the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Electronic Service List for this Case.

I also served this document electronically on the following e-mail addresses: pkoslyn@koslynlaw.com; nameri@agmblaw.com.

Respectfully submitted this 10th day of July 2009.

WILLENKEN WILSON LOH & LIEB LLP


By: */s William A. Delgado*                .
    William A. Delgado
    Attorneys for Plaintiff
    SparkNet Holdings, Inc. and
    SparkNet Communications, L.P.