William A. Delgado (Bar No. 222666)
wdelgado@willenken.com
WILLENKEN WILSON LOH & LIEB LLP
707 Wilshire Blvd., Suite 3850
Los Angeles, CA 90017
Tel: (213) 955-9240
Fax: (213) 955-9250

Attorneys for Plaintiff
SPARKNET HOLDINGS, INC. and
SPARKNET COMMUNICATIONS L.P.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPARKNET HOLDINGS, INC., a Nevada corporation, SPARKNET COMMUNICATIONS, L.P., a Nevada partnership,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT PERRY, an individual, KRIS SWEETON, an individual, INDIE RANCH MEDIA, INC., a Colorado corporation, NETMIX BROADCASTING NETWORK, INC., an unknown entity, and JOHN DOES 1-5;<br><br>Defendants. | Case No.: CV 08-08510 GHK (PLAx)<br><br>**DECLARATION OF WILLIAM A. DELGADO IN SUPPORT OF PLAINTIFFS'** ***EX PARTE*** **APPLICATION FOR SHORTENING OF MEET AND CONFER PERIOD FOR MOTION FOR RECONSIDERATION** |

-1-
DECLARATION OF WILLIAM A. DELGADO

# DECLARATION OF WILLIAM A. DELGADO

I, William A. Delgado, do hereby declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and before this Court and a member of the law firm of Willenken Wilson Loh & Lieb LLP, counsel of record for Plaintiffs SparkNet Holdings, Inc. and SparkNet Communications, L.P. in this matter. I make this declaration in support of Plaintiffs' *Ex Parte* Application for Shortening of Meet and Confer Period for Motion for Reconsideration. I have personal knowledge of the facts herein and could competently testify thereto if called as a witness.

2. On July 9, 2009, I provided notice by electronic mail of this *ex parte* to Pamela Koslyn, counsel for Defendant Robert Perry and Nina Ameri, counsel for Indie Ranch Media, Inc. and Netmix Broadcasting Network, Inc.

3. I also spoke on the telephone with Ms. Koslyn who informed me during our call, and again by electronic mail later, that Defendant Perry opposes this *ex parte* application.

4. That day, I also called Ms. Ameri to follow-up with her on my e-mail, but she was not available to speak to me. As of the time this *ex parte* application was filed, Indie Ranch Media and Netmix Broadcasting Network had not notified me of their position.

5. Plaintiffs intend to file a Motion for Reconsideration of Disqualification Order, or, in the Alternative, for Certification to the Ninth Circuit. I met and conferred with Ms. Koslyn about such a motion on July 8, 2009. As of the date of this *ex parte* application, I am unaware as to whether Perry will oppose the Motion, but, based on my conversations with Ms. Koslyn, assume Perry will oppose the Motion.

Executed on the 10th day of July, 2009 at Los Angeles, California.

*/s William A. Delgado* .
William A. Delgado

-2-
DECLARATION OF WILLIAM A. DELGADO

# **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Electronic Service List for this Case.

I also served this document electronically on the following e-mail addresses: pkoslyn@koslynlaw.com; nameri@agmblaw.com.

Respectfully submitted this 10th day of July 2009.

                        WILLENKEN WILSON LOH & LIEB LLP


                        By: */s William A. Delgado* .
                            William A. Delgado
                            Attorneys for Plaintiff
                            SparkNet Holdings, Inc. and
                            SparkNet Communications, L.P.