# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| SPARKNET HOLDINGS, INC., | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 08-8510 GHK (PLAx) |
| v. | |
| ROBERT PERRY | RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS |
| DEFENDANT(S). | |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 7/15/09 | 79 | Renewed Motion to Dismiss Counterclaim |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

☑ The document is accepted as filed
☐ The document is stricken and counsel is ordered to file an amended or corrected document by _____ .
☐ The hearing date has been rescheduled to _____ at _____
☐ Other

Clerk, U.S. District Court

Dated: 7/21/09                                By: B. Herrera, Courtroom Deputy Clerk
                                                  Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge