1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPARKNET HOLDINGS, INC., a Nevada corporation, SPARKNET COMMUNICATIONS, L.P., a Nevada partnership,<br><br>                    Plaintiffs,<br><br>v.<br><br><br>ROBERT PERRY, an individual, KRIS SWEETON, an individual, INDIE RANCH MEDIA, INC., a Colorado corporation, NETMIX BROADCASTING NETWORK, INC., an unknown entity, and JOHN DOES 1-5;<br><br>                    Defendants. | Case No.:  CV 08-08510 GHK (PLAx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR RECONSIDERATION AND DENYING DEFENDANT ROBERT PERRY'S MOTION FOR DISQUALIFICATION** |

Plaintiffs SparkNet Holdings, Inc. and SparkNet Communications, L.P.'s Motion for Reconsideration came on regularly for hearing on August 24, 2009 . After consideration of the moving and opposition papers and all other matters presented to the Court,

IT IS HEREBY ORDERED THAT:

Plaintiffs' Motion for Reconsideration is granted. The Ninth Circuit's opinion in *Christensen v. United States Dist. Court for Cent. Dist.*, 844 F. 2d 694, 698 (9th Cir. 1988) controls in this case, rendering the "substantial relationship" test inapplicable. The issue, therefore, is whether Perry had any reason to believe that any confidences shared with Derek Newman would *not* be shared with Plaintiffs. The undisputed answer in the record is that Perry was not entitled to any such belief. In fact, the record is clear that Newman's prior joint representation of Plaintiffs and Perry was for the express purpose of sharing information between Plaintiffs and Perry. For that reason, Perry's Motion to Disqualify must be denied.

Dated: _____          _____
                                 Honorable George H. King
                                 United States District Judge

Respectfully Submitted:

By: */s William A. Delgado*                    .
    William A. Delgado
    Attorneys for Plaintiff
    SparkNet Holdings, Inc. and
    SparkNet Communications, L.P.

# **CERTIFICATE OF SERVICE**

I hereby certify that I electronically lodged the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Electronic Service List for this Case.

Respectfully submitted this 28th day of July 2009.

>   WILLENKEN WILSON LOH & LIEB LLP
>
>
>   By: */s William A. Delgado*                              .
>        William A. Delgado
>        Attorneys for Plaintiff
>        SparkNet Holdings, Inc. and
>        SparkNet Communications, L.P.