*E-FILED*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-8510-GHK (PLAx) | Date | July 28, 2009 |
|---|---|---|---|
| Title | *Sparknet Holdings, Inc. v. Robert Perry, et al.* | | |

| **Presiding: The Honorable** | **GEORGE H. KING, U. S. DISTRICT JUDGE** | |
|---|---|---|
| Beatrice Herrera | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   (In Chambers) Order re: Plaintiffs' *Ex Parte* Application for Shortening of Meet and Confer Period

    This matter is before the Court on Plaintiffs Sparknet Holdings, Inc. and Sparknet Communications, L.P.'s (collectively "Plaintiffs") *Ex Parte* Application for Shortening of Meet and Confer Period ("Application").  Plaintiffs have not shown adequate need for a deviation from the procedures set forth in Local Rule 7-3.  Accordingly, the Application is **DENIED**.

    **IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Deputy Clerk | AB for Bea |