E-Filed

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 08-8510 GHK (PLAx) | Date | August 20, 2009 |
| Title | SPARKNET HOLDINGS, INC., et al  v.  ROBERT PERRY, et al | | |

**Presiding: The Honorable**  **GEORGE H. KING, U. S. DISTRICT JUDGE**

| Beatrice Herrera | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

NONE                                                                NONE

**Proceedings:**     **(IN CHAMBERS)   ORDER**

   On the court's own motion, Plaintiff'S Motion for Reconsideration or Order on Disqualification [84], noticed for hearing on August 24, 2009, is **TAKEN OFF CALENDAR** and will be taken UNDER SUBMISSION without oral argument on that date. F.R.Civ.P. 78; Local Rule 7-15 (formerly 7.11). No appearance by counsel shall be necessary. The hearing date is vacated. Further briefing, if any, shall be filed in accordance with Local Rules as if the noticed hearing date had not been vacated.

   **IT IS SO ORDERED.**

                                                                                                                    --     :     --

                                                                                        Initials of Preparer         Bea