1  Derek A. Newman, State Bar No. 190467
   derek@newmanlaw.com
2  John Du Wors, State Bar No. 233913
   john@newmanlaw.com
3  NEWMAN & NEWMAN, ATTORNEYS AT LAW, LLP
   801 Century Park East, Suite 2400
4  Los Angeles, CA 90067
   Telephone:  (310) 385-5955
5  Facsimile:   (310) 385-5956

6  Attorneys for Plaintiffs
   SPARKNET HOLDINGS, INC. and
7  SPARKNET COMMUNICATIONS, L.P.

8

9              **UNITED STATES DISTRICT COURT**
10             **CENTRAL DISTRICT OF CALIFORNIA**

11 | SPARKNET HOLDINGS, INC., | Case No. CV08-8510 GHK |
   |---|---|
12 | Plaintiffs, | **STIPULATION RE: SETTLEMENT AND DISMISSAL OF COMPLAINT AND COUNTERCLAIM, AND RETENTION OF COURT'S JURISDICTION TO ENFORCE SETTLEMENT, PURSUANT TO SETTLEMENT AGREEMENT** |
13 | v. | |
14 | ROBERT PERRY, an individual, et al., | |
15 | Defendants. | |
16 | | **Judge: Hon. George H. King** |
17 | ROBERT PERRY, | |
18 | Counterclaimant, | |
19 | v. SPARKNET HOLDINGS, INC., | |
20 | SPARKNET COMMUNICATIONS, L.P., | |
21 | Counterdefendants. | |

22  TO THE COURT AND ALL INTERESTED PARTIES:

23       Pursuant to the Federal Rules of Civil Procedure, to the parties' Settlement

24  Agreement and Mutual General Release and Assignment Agreement and its

25  exhibits and attachments dated effective December 31, 2009 ("Settlement

26  Agreement," and which authorizes the parties to seek enforcement of such

27  Settlement Agreement by this Court), to this Court's dismissal pursuant to such

28  Settlement Agreement, and to this Court's ancillary jurisdiction to enforce such

---
1

1 Settlement Agreement, Plaintiff and Counterdefendant SPARKNET

2 COMMUNICATIONS, L.P., former Plaintiff and Counterdefendant SPARKNET

3 HOLDINGS, INC., Defendant and Counterclaimant ROBERT PERRY and

4 Defendants INDIE RANCH MEDIA, INC. and NETMIX BROADCASTING

5 NETWORK, INC., though their respective counsel of record, hereby stipulate as

6 follows:

7                                 STIPULATION

8       1.     Sparknet's Complaint will be dismissed with prejudice;

9       2.     Perry's Counterclaim will be dismissed with prejudice;

10      3.     This Court will retain jurisdiction to enforce the parties' Settlement

11             Agreement.

12

13 Respectfully submitted,

14 Dated:  August 26, 2010                **NEWMAN & NEWMAN,**

15                                         **ATTORNEYS AT LAW, LLP**

16                              By:   /s/ John Du Wors
                                      _____

17                                    Derek A. Newman, State Bar No. 190467
                                      John Du Wors, State Bar No. 233913
18                                    801 Century Park East, Suite 2400
                                      Los Angeles, CA 90067
19                                    Attorneys for Plaintiffs

20

21 Dated: August 26, 2010              **LAW OFFICES OF PAMELA KOSLYN**

22                              By:  /Pamela Koslyn/
                                    _____

23                                  Pamela Koslyn, State Bar No. 120605
                                    Attorneys for Def./Counterclaimant Perry

24

25 Dated: August 26, 2010              **ABRAMS, GARFINKEL,MARGOLIS,**

                                       **BERGSON, LLP**

26

27                              By: /nina ameri/
                                   _____

28                                  Nina Ameri, State Bar No. 231025
                                    Attorneys for Def. Indie Ranch & Netmix